**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN MALOWNEY, *pro se,*

    Plaintiff,

v.                                            Case No.  8:11-cv-634-T-30EAJ

ZACUR, GRAHAM & COSTIS, P.A.
and SEAN A. COSTIS,

    Defendants.
_____/

**ORDER OF DISMISSAL**

Before the Court is the Agreed Motion for Dismissal With Prejudice (Dkt. #24). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Agreed Motion for Dismissal With Prejudice (Dkt. #24) is GRANTED.

2. This cause is dismissed with prejudice, each party to bear its own costs and attorney's fees.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 16, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-634.dismiss 24.wpd